DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
23 JANUARY 2014

| | | | |
|---|---|---|---|
| 362A13 | State v. Frank Gene Seagle | 1. Def's NOA Based Upon a Constitutional Question (COA12-1267)<br><br>2. State's Motion to Dismiss Appeal | 1. —<br><br>2. Allowed |
| 368P13 | State v. Michael Paul Miller | 1. State's Motion for Temporary Stay<br><br>2. State's Petition for Writ of Supersedeas (COA13-81)<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Motion to Deem Response Timely Filed | 1. Allowed **08/26/2013**<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Denied<br><br>**Beasley, J., recused** |
| 372P13 | State v. Adam Collier Derbyshire | 1. State's Motion for Temporary Stay (COA12-1382)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. N.C. Conference of District Attorneys, N.C. Sheriffs' Association, and N.C. Association of Police Attorneys' Motion for Leave to File Amicus Brief | 1. Allowed **08/27/2013** Dissolved **01/23/2014**<br><br>2. Denied<br><br>3. Denied<br><br>4. Dismissed as Moot<br><br>**Beasley, J., recused** |
| 380PA13 | Bynum v. Wilson County, et al. | Def's (Wilson County) Motion for Extension of Time to File Reply Brief | Allowed **12/27/2013** |
| 389P13 | State v. Joshua K. Oliphant and Derrick L. Hamilton | 1. Def's (Hamilton) PDR Under N.C.G.S. § 7A-31 (COA12-1219)<br><br>2. Def's (Oliphant) *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1219)<br><br>3. Def's (Hamilton) *Pro Se* Motion for Appropriate Relief | 1. Denied<br><br>2. Denied<br><br>3. Dismissed |